IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| **IN RE:** Brown, Jacqueline S | Case Number: 08 B 14719 |
| | Judge: Wedoff, Eugene R |
| Printed: 01/29/09 | Filed: 6/9/08 |

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status:   Dismissed: December 18, 2008
Confirmed: August 14, 2008

## SUMMARY OF RECEIPTS & DISBURSEMENTS

| | Receipts | Disbursements |
|---|---|---|
| | 1,980.00 | |
| Secured: | | 0.00 |
| Unsecured: | | 0.00 |
| Priority: | | 0.00 |
| Administrative: | | 1,850.31 |
| Trustee Fee: | | 129.69 |
| Other Funds: | | 0.00 |
| Totals: | 1,980.00 | 1,980.00 |

## DISBURSEMENT DETAIL

| | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Robert J Semrad & Associates | Administrative | 3,794.00 | 1,850.31 |
| 2. | GMAC Mortgage Corporation | Secured | 0.00 | 0.00 |
| 3. | GMAC Mortgage Corporation | Secured | 2,825.52 | 0.00 |
| 4. | Portfolio Recovery Associates | Unsecured | 1,270.04 | 0.00 |
| 5. | Portfolio Recovery Associates | Unsecured | 3,313.62 | 0.00 |
| 6. | National Capital Management | Unsecured | 447.33 | 0.00 |
| 7. | Portfolio Recovery Associates | Unsecured | 407.71 | 0.00 |
| 8. | Comcast | Unsecured | | No Claim Filed |
| 9. | Resurgent Capital Services | Unsecured | | No Claim Filed |
| 10. | Sallie Mae | Unsecured | | No Claim Filed |
| 11. | Vision Salon Eye Care | Unsecured | | No Claim Filed |
| 12. | Walmart | Unsecured | | No Claim Filed |
| | | | $ 12,058.22 | $ 1,850.31 |

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 6.5% | 64.35 |
| 6.6% | 65.34 |
| | $ 129.69 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| | |
|---|---|
| IN RE:  Brown, Jacqueline S | Case Number:  08 B 14719 |
| | Judge:  Wedoff, Eugene R |
| Printed: 01/29/09 | Filed:  6/9/08 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

